No. 485. CROSLEY BROADCASTING CORP. v. WIBC, INC., ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *D. M. Patrick* and *E. Barrett Prettyman, Jr.* for petitioner. *Solicitor General Rankin* and *John L. Fitzgerald* for the Federal Communications Commission, and *Thomas H. Wall, Earl R. Stanley* and *Harry T. Ice* for WIBC, Inc., respondents.

No. 486. CURD v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied. *Llewellyn A. Luce* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, I. Henry Kutz* and *Fred E. Youngman* for respondents.

No. 496. ORDER OF RAILROAD TELEGRAPHERS ET AL. v. CHICAGO & NORTH WESTERN RAILWAY Co. C. A. 7th Cir. Certiorari denied. *Alex Elson, Lester P. Schoene, Brainerd Currie* and *Philip B. Kurland* for petitioners. *Carl McGowan* for respondent.

No. 483. LADREY v. COMMISSION ON LICENSURE TO PRACTICE THE HEALING ART IN THE DISTRICT OF COLUMBIA. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *William B. Bryant, Joseph C. Waddy* and *William C. Gardner* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *Robert E. Green* for respondent.

No. 73, Misc. TUMMINELLO v. NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied. Petitioner *pro se. David Diamond* for respondent.